UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    20-14121 |
| Vladislav Gasnikov | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Lake County |
| | ) | |
| Debtor(s) | ) | |

**ORDER EXTENDING TIME TO OBJECT TO DISCHARGE BY THE TRUSTEE PURSUANT
TO 11 U.S.C. § 727**

THIS MATTER having come before this Court pursuant to the Trustee's Motion to Extend
Time to File Objection to Discharge Pursuant to 11 U.S.C. § 727 , notice having been given to all
parties in interest, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

The Court hereby extends the time for filing an Objection to Debtors' Discharge   from October
13, 2020 to February 15, 2021

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  September 18, 2020

**Prepared by:**

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
(847) 562-9595