UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  
VLADISLAV GASNIKOV

Debtor(s)

BK No.: 20-14121

Chapter: 7

Honorable A. Benjamin Goldgar

Lake County

## ORDER EXTENDING TIME FOR THE U.S. TRUSTEE TO OBJECT TO DISCHARGE

This cause coming to be heard on the motion of the United States Trustee, due notice having been given:

IT IS HEREBY ORDERED that the motion is granted, and the last day for the United States Trustee to file a complaint objecting to Debtor's discharge is extended to and including February 15, 2021.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: October 09, 2020

**Prepared by:**

Roman Sukley, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
(312)886-3324