UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  20-14121 |
| VLADISLAV GASNIKOV | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING MODIFYING STAY

This matter coming to be heard upon the Motion of Hitachi Capital America Corp. to Modify the Automatic Stay pursuant to 11 U.S.C. ? 362, due notice having been given, the Court being advised in the premises, IT IS ORDERED:

1. Hitachi Capital America Corp.'s Motion to Modify the Automatic Stay is granted.
2. The automatic stay is modified to permit Hitachi Capital America Corp. to pursue its in rem remedies with respect to a 2016 Freightliner CA125 Truck with Vehicle Identification Number 3AKJGLD59GSCW3177.
3. The fourteen (14) day stay imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  January 08, 2021

**Prepared by:**

Timothy R. Herman
Clark Hill PLC
130 E. Randolph St., Ste. 3900
Chicago, IL 60601
ARDC No. 6301721