**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) Case No. 20-14121 |
| | ) |
| Vladislav Gasnikov | ) Chapter 7 |
| | ) |
| | ) |
| Debtor | ) Hon. A. Benjamin Goldgar |

**NOTICE OF MOTION**

TO: See attached list

    PLEASE TAKE NOTICE that on **February 19, 2021 at 11:00 a.m.**, I will appear before the Honorable A Benjamin Goldgar or any judge sitting in that judge's place, and present the **TRUSTEE'S SECOND MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password. The meeting ID for this hearing is 160 817 7512 and the password is 623389** . The meeting ID and password can also be found on the judge's page on the court's web site..

    **If you object to this motion** and want it called on the presentment date above, **you must file a Notice of Objection no later than two (2) business days before that date**. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                              Ilene F. Goldstein, as Trustee
                                              for Vladislav Gasnikov      :
                                              /s/ Ilene F. Goldstein
                                              One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
950 Skokie Blvd, Suite 211
Northbrook, IL 60062
(847) 562-9595

_____

# CERTIFICATE OF SERVICE

I, Ilene F. Goldstein, an attorney, certify ] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on_January 30, 2021 before 4:00 p.m.

/s/ Ilene F. Goldstein
Ilene F. Goldstein

SERVICE LIST

**U.S. Trustee**                                           Via Court's Electronic Notice for Registrants

Jeffrey L. Gansberg
Roman Sukley

Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604

**Debtor's Counsel**                                       Via Court's Electronic Notice for Registrants

Alexey Y. Kaplan
Kaplan Law Offices, PC
3400 Dundee Road
Suite 140
Northbrook, IL 60062

**Debtor(s)**                                              Via First Class Mail

Vladislav Gasnikov
1742 Tanager Way
Lake Zurich, IL 60047

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 20-14121 |
| | ) |
| Vladislav Gasnikov | ) Chapter 7 |
| | ) |
| | ) |
| Debtor | ) Hon. A. Benjamin Goldgar |

## TRUSTEE'S SECOND MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727

Ilene F. Goldstein, as Chapter 7 Trustee for the Estate of Vladislav Gasnikov("Debtor(s)"), moves this Court for the entry of an order extending the time to File Objection to Discharge Pursuant to 11 U.S.C. § 727 and pursuant to Bankruptcy Rules 4004(b) . In support of this motion the Trustee states as follows:

1. On July 17, 2020 a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2. Ilene F. Goldstein is the duly appointed, qualified and acting bankruptcy Trustee for the Bankruptcy Estate of Vladislav Gasnikov.

3 The Debtor's has substantial debts in excess of $1.5 million  in secured and unsecured debt as well as  transfers of property as well as an interest in at least one company; Debtor further testfied at the First Meeting of Creditors that he does not have a checking account, lives with a friend and has no interest or information on the real estate though the Trustee has discovered that his wife perhaps exwife lives at this address and has uncovered documents that would dispute the Debtor' testimony and further gave testimony that in the best light was confusing but may have been misleading.

4. Due to the scope of information needed and documentary evidence the Trustee may require, and the testimony of the Debtor not having kept certain normal and ordinary books and records she needs to further and continue her investigation through secondary sources into the Debtor's assets, creditor claims and overall status of the Estate and before a determination as to whether to object to the Debtor's discharge can be made.

5. Therefore, the Trustee requests that this Court further extend the time for the Trustee to object to Debtors' discharge from February 15, 2021 to June 25, 2021.

WHEREFORE, Ilene F. Goldstein, as Chapter 7 Trustee for the Estate of Vladislav Gasnikov, requests the entry of an Order extending the time for the Trustee to file an objection to Debtor's discharge, pursuant to Bankruptcy Rules 4004(b), from February 15, 2021 to June 25, 2021 and for such other and further relief as this Court deems appropriate.

DATED:   January 30, 2021

                              Respectfully submitted,
                              ILENE F. GOLDSTEIN, as Trustee for
                              Vladislav Gasnikov
                              By: /s/ Ilene F. Goldstein
                                    One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
950 Skokie Blvd, Suite 211
Northbrook, IL 60062
(847) 562-9595