UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Vladislav Gasnikov<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   20-14121<br><br>Chapter: 7<br>Honorable A. Benjamin Goldgar<br>Lake County |

**ORDER EXTENDING TIME TO OBJECT TO DISCHARGE BY THE TRUSTEE PURSUANT TO 11 U.S.C. § 727**

This matter coming to be heard on the motion of the chapter 7 trustee to extend time to object to discharge, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted.  The deadline for the trustee to file a complaint objecting to Debtor's discharge is extended to and including June 25, 2021.


Enter:  [signature]

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  February 19, 2021

**Prepared by:**

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
950 Skokie Blvd, Suite 211
Northbrook, Illinois 60062
(847) 562-9595