UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  20-14121 |
| VLADISLAV GASNIKOV | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME FOR THE U.S. TRUSTEE TO OBJECT TO DISCHARGE**

This matter coming to be heard on the motion of the United States Trustee, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted.  The deadline for the United States Trustee to file a complaint objecting to Debtor's discharge is extended to and including June 25, 2021.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  February 19, 2021

**Prepared by:**

Roman Sukley, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
(312)886-3324