UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.: 20-14121
Vladislav Gasnikov  )
)   Chapter: 7
)   Honorable A. Benjamin Goldgar
)   Lake County
Debtor(s)  )

**ORDER GRANTING TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE**

THIS MATTER having come before the court on the Trustee's Motion to Extend Time to Object to Discharge, due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

The motion is granted. The time for the trustee to object to discharge is extended from June 25, 2021 to September 17, 2021.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 25, 2021

**Prepared by:**

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
950 Skokie Blvd, Suite 211
Northbrook, Illinois 60062
(847) 562-9595