UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>VLADISLAV GASNIKOV<br><br><br>Debtor(s) | BK No.: 20-14121<br><br>Chapter: 7<br>Honorable A. Benjamin Goldgar<br>Lake County |

## ORDER GRANTING U.S. TRUSTEE'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE

This matter coming to be heard on the motion of the United States Trustee to extend time to object to discharge, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted. The deadline for the United States Trustee to object to discharge is extended to and including September 23, 2021.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 25, 2021

**Prepared by:**

Roman Sukley, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois  60604
(312)886-3324