UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| VLADISLAV GASNIKOV, | ) | CASE NO. 20 B 14121 |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |
| | ) | (LAKE) |

**NOTICE OF MOTION**

TO:   See attached list

PLEASE TAKE NOTICE that on **Friday, October 8, 2021, at 11:00 a.m.**, I will appear before the Honorable A. Benjamin Goldgar, or any Judge sitting in that judge's place, and present the **Motion of the United States Trustee for an Additional Extension of Time to Object to Discharge,** a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **160 817 7512** and the password is **623389**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ *Roman L. Sukley*
Roman L. Sukley, Attorney
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-3324

## CERTIFICATE OF SERVICE

I, Roman L. Sukley, an attorney, certify that I caused a copy of this notice, attached motion and proposed order to be serviced on each entity shown on the attached service list at the address shown and by the method indicated on September 20, 2021, before 5:00 p.m.

/s/ *Roman L. Sukley*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- **Kurt M. Carlson**   kcarlson@carlsondash.com, knoonan@carlsondash.com;bmurzanski@carlsondash.com
- **Arlene N Gelman**   agelman@vedderprice.com, twilliams@vedderprice.com,ecfdocket@vedderprice.com,arlene-gelman-5110@ecf.pacerpro.com;7610@ecf.pacerpro.com
- **Ilene F Goldstein**   ifgolds@aol.com, il35@ecfcbis.com
- **Ilene F Goldstein**   ifgcourt@aol.com, IL35@ecfcbis.com
- **Timothy R Herman**   therman@clarkhill.com, tcumpton@clarkhill.com
- **Alexey Y. Kaplan**   alex@alexkaplanlaw.com
- **Cari A Kauffman**   ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Daniel J Nickel**   daniel@nickellawoffice.com, daniel.nickel@gmail.com
- **Roman Sukley**   USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov
- **Lina Toma**   ltoma@carlsondash.com, bmurzanski@carlsondash.com
- **Craig C Westfall**   craig@nigrowestfall.com
- **Zane Zielinski**   trustee@zanezielinski.com, zzielinski@ecf.axosfs.com

**Parties Served via First Class Mail:**

Vladislav Gasnikov
1742 Tanager Way
Lake Zurich, IL 60047

FC Marketplace, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| VLADISLAV GASNIKOV, | ) | CASE NO. 20 B 14121 |
| | ) | |
| DEBTOR. | ) | HON. A. BENJAMIN GOLDGAR |
| | ) | (LAKE) |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN ADDITIONAL EXTENSION OF TIME TO OBJECT TO DISCHARGE**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, Roman L. Sukley, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an additional extension of time to object to the discharge of Vladislav Gasnikov (the "Debtor"). In support of this request, the U.S. Trustee states as follows:

1. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. On July 17, 2020, the Debtor filed his voluntary petition for relief Chapter 7 of the Bankruptcy Code. On or about that same time, Ilene Goldstein was appointed Chapter 7 Trustee in the Debtor's case (the "Chapter 7 Trustee").

3. The last date to object to the Debtor's discharge under § 727 is September 23, 2021.

4. The Debtor has primarily business debt. According to Debtor's Schedule D, Debtor has $654,870 in secured debt. Schedule E/F lists $944,655 in nonpriority unsecured debts and Schedule I lists Debtor is unemployed with no income.

5.  On August 30, 2021, Transportation Alliance Bank ("TAB"), filed a Motion for 2004 Examination of the Debtor. TAB Bank is a secured creditor of the Debtor's former business, Vlad and Brother Corp., and is investigating the Debtor's claims that all freightliner tractors were turned over to them with the exception of a freightliner under a mechanic's lien and another freightliner that was stolen.

6.  On September 10, 2021, the Chapter 7 Trustee filed a Motion for 2004 Examination of the Debtor's spouse and various financial institutions. The Chapter 7 Trustee is investigating testimony given by the Debtor at the 341 Meeting of Creditors, including disclosures of real and personal property for which the Debtor has not kept ordinary books and records, and she continues her investigation into the Debtor's assets and creditor's claims.

7.  The U.S. Trustee requests additional time to investigate the veracity and completeness of Debtor's petition, schedules, statement of financial affairs, and testimony given at the 341 Meeting in order to determine whether cause exists to file an objection to his discharge pursuant to Section 727(a).

WHEREFORE, the U.S. Trustee requests this Court to extend the date to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a), to and including November 16, 2021, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: September 20, 2021        By:    /s/ *Roman L. Sukley*
Roman L. Sukley, Trial Attorney
Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-3324