# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Vladislav Gasnikov, | Case No. 20-14121 |
| Debtor. | Honorable A. Benjamin Goldgar |

## NOTICE OF MOTION

TO:   See Certificate of Service Attached

**PLEASE TAKE NOTICE** that on **Friday**, **October 1, 2021** at **11:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in that judge's place, at the United States Bankruptcy Court, and present ***TRANSPORTATION ALLIANCE BANK'S MOTION FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE***, a copy of which was previously served on you.

This motion will be presented and heard electronically using Zoom for Government.  No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video/website**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **160 817 7512** and the passcode is **623389**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated:  September 22, 2021                    **Transportation Alliance Bank, Inc.**
                                              **d/b/a TAB Bank**

                                              By: _____
                                                  One of its Attorneys

1

Kurt M. Carlson | ARDC #6236568
Lina Toma | IL ARDC #6333468
Carlson Dash, LLC
216 S. Jefferson St., Suite 504
Chicago, Illinois 60661
Phone: (312) 382-1600
kcarlson@carlsondash.com
ltoma@carlsondash.com

## CERTIFICATE OF SERVICE

    I, LINA TOMA, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above referenced **NOTICE OF MOTION** of **TRANSPORTATION ALLIANCE BANK'S MOTION FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE** on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons identified on the following service list, I caused a copy of the foregoing document to be served by email to the email addresses described, or served by U.S. First Class Mail, as indicated, on September 22, 2021.

                                                                     Lina Toma

## SERVICE LIST

**Via Court's Electronic Notice for Registrants**:

| | |
|---|---|
| Alexey Y. Kaplan (Debtor's Counsel) | alex@alexkaplanlaw.com |
| | |
| Daniel J. Nickel / Zane L. Zielinski | trustee@zanezielinski.com |
| (Trustee's Attorneys) | daniel@nickellawoffice.com |
| | |
| Patrick S. Layng (U.S. Trustee) | USTPRegion11.ES.ECF@usdoj.gov and |
| & Roman I. Sukley | roman.l.sukley@usdoj.gov |
| | |
| Ilene F. Goldstein, Trustee | ifgcourt@aol.com |
| | |
| Arlene N. Gelman | agelman@vedderprice.com |
| (on behalf of Creditor Siemens Financial Services Inc.) | |
| | |
| Cari A. Kauffman | ckauffman@sormanfrankel.com |
| (on behalf of AmeriCredit Financial Services Inc. dba GM Financial) | |
| | |
| Craig C. Westfall | craig@nigrowestfall.com |
| (on behalf of Creditor Old Second National Bank) | |

Timothy R. Herman therman@grsm.com
(on behalf of Creditor Hitachi Capital America Corp.)

**Via Email Only – Other Creditors Requesting Notice**:

Mercedes-Benz Financial Services USA LLC   notices@bkservicing.com

FC Marketplace LLC   sbharatia@becket-lee.com

Mandy Youngblood   Customer.service.bk@gmfinancial.com
(On behalf of Americredit Financial Services, Inc. d/b/a GM Financial)

**Via First Class Mail**:

Debtor
Vladislav Gasnikov
1742 Tanager Way
Lake Zurich, IL 60047

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　Vladislav Gasnikov,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 20-14121<br><br>Honorable A. Benjamin Goldgar |

## TRANSPORTATION ALLIANCE BANK'S MOTION FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE

Transportation Alliance Bank, Inc. d/b/a TAB Bank (the "Bank" or "TAB Bank") by its attorneys Carlson Dash, LLC, moves this Court for the entry of an order of TAB's motion for an extension of time to object to discharge. In support of this motion and pursuant to 11 U.S. Code § 727(a), the Bank states as follows:

1. TAB Bank is a secured creditor of Vlad and Brother Corp. Vladislav Gasnikov (the "Debtor") is the President of Vlad and Brother Corp.

2. Debtor's voluntary bankruptcy petition was filed on July 17, 2020 under Chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of Illinois.

3. The deadline for objecting to discharge for creditors is set for September 23, 2021.

4. On August 31, 2021, TAB Bank filed its Motion for Rule 2004 Examination of Vladislav Gasnikov.

5. On September 17, 2021, the Court granted TAB Bank's Motion for Rule 2004 Examination. A copy of the Order is attached as **Exhibit A.**

4

6. Due to the recently granted motion and the basis for that motion (attached hereto as **Exhibit B**, for reference), TAB Bank requests an extension of time to object to discharge to provide time for TAB Bank to take the 2004 exam and further investigate location of its collateral.

7. Pursuant to 11 U.S. Code § 727(a), TAB Bank requests the court to grant an a 90-day extension of the time to object to discharge.

**WHEREFORE,** Transportation Alliance Bank, Inc. d/b/a TAB Bank requests that this Court enter an Order (a) granting an extension of time to object to discharge (b) extending the objection to discharge date for TAB Bank for 120 days from date of entered order; and (c) grant such other relief as is equitable and just.

                                            **Transportation Alliance Bank, Inc.
d/b/a TAB Bank**

By: _/s/ Lina Toma_____
                                                        One of its Attorneys

Kurt M. Carlson | ARDC #6236568
Lina Toma | IL ARDC #6333468
Carlson Dash, LLC
216 S. Jefferson St., Suite 504
Chicago, Illinois 60661
Phone: (312) 382-1600
kcarlson@carlsondash.com
ltoma@carlsondash.com

5

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-14121 |
| VLADISLAV GASNIKOV, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION OF VLADISLAV GASNIKOV**

This matter coming to be heard on the motion of Transportation Alliance Bank, Inc. d/b/a TAB Bank for the Rule 2004 Examination of Vladislav Gasnikov, due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

The motion is granted. Transportation Alliance Bank, Inc. d/b/a TAB Bank may take the Rule 2004 examination of Vladislav Gasnikov.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: September 17, 2021

**Prepared by:**

Kurt M. Carlson | ARDC #6236568
Lina Toma | IL ARDC #6333468
Carlson Dash, LLC
216 S. Jefferson St., Suite 504
Chicago, Illinois 60661
Phone: (312) 382-1600
kcarlson@carlsondash.com
ltoma@carlsondash.com



# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Vladislav Gasnikov,<br><br>                 Debtor. | Chapter 7<br><br>Case No. 20-14121<br><br>Honorable A. Benjamin Goldgar |

**NOTICE OF MOTION**

TO: See Certificate of Service Attached

**PLEASE TAKE NOTICE** that on September 8, 2021 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in that judge's place, at the United States Bankruptcy Court, and present ***TRANSPORTATION ALLIANCE BANK'S MOTION FOR RULE 2004 EXAMINATION OF VLADISLAV GASNIKOV***, a copy of which is attached and served on you.

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video/website**, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **160 817 7512** and the passcode is **623389**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: August 31, 2021

                                                **Transportation Alliance Bank, Inc.**
                                                **d/b/a TAB Bank**

                                                By: _/s/ Lisa Tarr_
                                                       One of its Attorneys

**EXHIBIT B**

1

Kurt M. Carlson | ARDC #6236568
Lina Toma | IL ARDC #6333468
Carlson Dash, LLC
216 S. Jefferson St., Suite 504
Chicago, Illinois 60661
Phone: (312) 382-1600
kcarlson@carlsondash.com
ltoma@carlsondash.com

## CERTIFICATE OF SERVICE

    I, LINA TOMA, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above referenced ***TRANSPORTATION ALLIANCE BANK'S MOTION FOR RULE 2004 EXAMINATION OF VLADISLAV GASNIKOV*** on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons identified on the following service list, I caused a copy of the foregoing document to be served by email to the email addresses described, or served by U.S. First Class Mail, as indicated, on August 31, 2021.

                                                          Lina Toma

## SERVICE LIST

**Via Court's Electronic Notice for Registrants**:

| | |
|---|---|
| Alexey Y. Kaplan (Debtor's Counsel) | alex@alexkaplanlaw.com |
| | |
| Daniel J. Nickel / Zane L. Zielinski | trustee@zanezielinski.com |
| (Trustee's Attorneys) | daniel@nickellawoffice.com |
| | |
| Patrick S. Layng (U.S. Trustee) | USTPRegion11.ES.ECF@usdoj.gov and |
| & Roman I. Sukley | roman.l.sukley@usdoj.gov |
| | |
| Ilene F. Goldstein, Trustee | ifgcourt@aol.com |
| | |
| Arlene N. Gelman | agelman@vedderprice.com |
| (on behalf of Creditor Siemens Financial Services Inc.) | |
| | |
| Cari A Kauffman | ckauffman@sormanfrankel.com |
| (on behalf of Americredit Financial Services Inc. dba GM Financial) | |
| | |
| Craig C. Westfall | craig@nigrowestfall.com |
| (on behalf of Creditor Old Second National Bank) | |

2

Timothy R Herman therman@grsm.com
(on behalf of Creditor Hitachi Capital America Corp.)

**Via Email Only – Other Creditors Requesting Notice**:

Mercedes-Benz Financial Services USA LLC  notices@bkservicing.com

FC Marketplace LLC  sbharatia@becket-lee.com

Mandy Youngblood  Customer.service.bk@gmfinancial.com
(On behalf of Americredit Financial Services, Inc. d/b/a GM Financial)

**Via First Class Mail**:

Debtor
Vladislav Gasnikov
1742 Tanager Way
Lake Zurich, IL 60047

Case 20-14121 Doc 68 Filed 09/22/21 Entered 09/22/21 10:04:50 Desc Main
Document Page 13 of 16

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Vladislav Gasnikov,<br><br>Debtor. | Chapter 7<br><br>Case No. 20-14121<br><br>Honorable A. Benjamin Goldgar |

**TRANSPORTATION ALLIANCE BANK'S MOTION FOR RULE
2004 EXAMINATION OF VLADISLAV GASNIKOV**

Transportation Alliance Bank, Inc. d/b/a TAB Bank (the "Bank" or "TAB Bank") by its attorneys Carlson Dash, LLC, moves this Court for the entry of an order authorizing the Bank take the examination of Vladislav Gasnikov pursuant to Fed. R. Bankr. P. 2004 and Local Rule 9013-9(10). In support of this motion, the Bank states as follows:

**INTRODUCTION**

1. TAB Bank is a secured creditor of Vlad and Brother Corp. Vladislav Gasnikov (the "Debtor") is the President of Vlad and Brother Corp.

2. The Debtor is a Guarantor to Vlad and Brother Corp.'s indebtedness to TAB Bank.

3. The collateral which secures TAB Bank's claim includes equipment such as Freightliner Tractors. Debtor has claimed that all of the equipment was repossessed by TAB Bank with the exception of Freightliner under a mechanic's lien and another Freightliner that was stolen.

4. TAB Bank has not repossessed this Collateral and thus wishes to further investigate the claims made by the Debtor.

1

**BACKGROUND**

5. On July 17, 2020, (the "Petition Date"), the Debtor commenced a voluntary bankruptcy petition (the "Case") under Chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of Illinois.

6. On or about July 24, 2015, Vlad and Brother Corp. executed a Promissory Note (the "Note 1") in the original principal amount of $295,644.50 in favor of the Bank.

7. On or about July 27, 2015, Vlad and Brother Corp. executed a Promissory note (the "Note 2") in the original principal amount of $147,954.50 in favor of the Bank.

8. On or about July 31, 2015, Vlad and Brother Corp. executed a Promissory Note (the "Note 3") in the original principal amount of $443,334.50 in favor of the Bank.

9. On or about September 18, 2015, Vlad and Brother Corp. executed a Promissory Note (the "Note 4") in the original principal amount of $141,619.50 in favor of the Bank.

10. Note 1, Note 2, Note 3 and Note 4 are collectively referred herein as the "Notes."

11. In conjunction with the execution and delivery of each of the Notes, Vlad and Brother Corp. also executed and delivered to the Bank four (4) corresponding business loan agreements (collectively referred to as the "Business Loan Agreements").

12. In conjunction with the execution and delivery of each of the Notes, Vlad and Brother Corp. also executed and delivered to the Bank four (4) corresponding commercial security agreements (collectively referred to as the "Security Agreements") granting to TAB Bank a security interest in and among other things, all inventory, equipment, accounts, and identified Freightliner Tractors (the "Collateral").

13. In conjunction with the execution and delivery of each of the Notes, the Debtor executed and delivered to the Bank four (4) corresponding commercial guaranties (collectively

referred to as the "Commercial Guaranties") to secure the Note. Vladislav Gasnikov absolutely and unconditionally guaranteed full and punctual payment and satisfaction of Vlad and Brother Corp.'s indebtedness under the Notes.

14. TAB Bank subsequently perfected its liens by filing the requisite UCC Financing statements with Illinois Secretary of State.

15. TAB Bank is unable to locate the Collateral that was secured.

16. Debtor has claimed that all of the equipment was repossessed by TAB Bank with the exception of a Freightliner Tractor under a mechanic's lien and another Freightliner Tractor that was stolen.

17. Debtor has not provided a police report for the Freightliner Tractor he claims was stolen.

18. The Bank did not repossess all of the Collateral and there is equipment that is currently missing.

## ARGUMENT

19. The Bank hereby seeks a Rule 2004 examination of the Debtor in order to obtain a clear picture of possible whereabouts of the Collateral.

20. Rule 2004(a) provides that upon motion of any party in interest, the Court may order the examination of any entity. The scope of a Rule 2004 examination is broad; such an examination often involves questions about a debtor's conduct, assets and liabilities. *In re Comdisco, Inc.*, 2006 WL 2375458 *6 (N.D. Ill.).

21. Individuals with knowledge of such topics may be the subject of a Rule 2004 exam. *In re McLaren*, 158 B.R. 655 (Bankr. N.D. Ohio 1992).

22. Circumstances mandate that the Bank be permitted to examine the Debtor regarding the location of the Collateral. The Debtor claims that some Collateral was repossessed by the Bank but the Bank's records do not show repossession. Given this discrepancy and the fact that the Bank has missing Collateral, further investigation is needed into the location of the Collateral under the Bank's secured loans to the Debtor's business, guaranteed by the Debtor personally.

23. Accordingly, the Bank requests permission for a Rule 2004 examination of Vladislav Gasnikov and issue a subpoena for the same.

**WHEREFORE,** Transportation Alliance Bank, Inc. d/b/a TAB Bank requests that this Court enter an Order (a) authorizing it to take the examination of Vladislav Gasnikov pursuant to Rule 2004; (b) authorizing the issuance of a subpoena; and (c) and grant such other relief as is equitable and just.

**Transportation Alliance Bank, Inc.
d/b/a TAB Bank**

By: _____
One of its Attorneys

Kurt M. Carlson | ARDC #6236568
Lina Toma | IL ARDC #6333468
Carlson Dash, LLC
216 S. Jefferson St., Suite 504
Chicago, Illinois 60661
Phone: (312) 382-1600
kcarlson@carlsondash.com
ltoma@carlsondash.com

4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 20-14121 |
| | ) | |
| VLADISLAV GASNIKOV, | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING RULE 2004 EXAMINATION OF VLADISLAV GASNIKOV

This matter coming to be heard on Transportation Alliance Bank, Inc. d/b/a TAB Bank's Motion for Rule 2004 Examination of Vladislav Gasnikov, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. Transportation Alliance Bank, Inc. d/b/a TAB Bank's Motion is GRANTED;
2. Transportation Alliance Bank, Inc. d/b/a TAB Bank, by and through its attorneys, is hereby given authorization take the examination of Vladislav Gasnikov pursuant to Rule 2004; and
3. Transportation Alliance Bank, Inc. d/b/a TAB Bank is authorized to issue subpoena to the Debtor.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:

**Prepared by:**
Kurt M. Carlson | ARDC #6236568
Lina Toma | IL ARDC #6333468
Carlson Dash, LLC
216 S. Jefferson St., Suite 504
Chicago, Illinois 60661
Phone: (312) 382-1600
kcarlson@carlsondash.com
ltoma@carlsondash.com